**People of the State of Illinois, Plaintiff-Appellee, v. Tommy Irby, Defendant-Appellant.**

**Gen. No. 52,829.**

First District, First Division.

September 15, 1969.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Harold A. Cowen, Norman W. Fishman, and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Edward V. Hanrahan, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Patrick T. Driscoll, Jr., Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.